UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RYAN PARSONS and SONDRA
PARSONS,

    Plaintiffs,

vs.

INDIAN HARBOR
INSURANCE COMPANY,

    Defendant.
_____/

Case No.:
State Case No.: 2023-CA-011946-O

## NOTICE OF REMOVAL

Defendant, INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1441(a) and 1446, gives notice of removal of this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the Middle District of Florida, Orlando Division, and states as follows:

    1.    Pursuant to 28 U.S.C. § 1441 *et seq.*, Indian Harbor removes this action from the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida now pending under the certain case styled *RYAN PARSONS and SONDRA PARSONS v. INDIAN HARBOR INSURANCE COMPANY*, Case No.: 2023-CA-011946-O ("State Action"), to the United States District Court for the Middle District of Florida.

## Jurisdiction

2. Removal is proper under 28 U.S.C. §1441 as this is a civil action brought in State Court over which the Federal District Court would have original jurisdiction had the action been commenced in Federal Court.

3. Federal jurisdiction is based upon 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiffs and Indian Harbor, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## Timely Notice of Removal

4. Ryan Parsons and Sondra Parsons sued Indian Harbor in Orange County Circuit Court on or about May 5, 2023. However, Plaintiffs did not serve Indian Harbor for about eight months.

5. On January 11, 2024, the Florida Department of Financial Services served Indian Harbor with a Summons and copy of the Amended Complaint in the State Action by electronic delivery to Sarah Mims, Indian Harbor's designated agent.[1] The Amended Complaint was the initial pleading in which Plaintiffs served Indian Harbor.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading . . .").

7. Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process,

---

[1] *See* **Composite Exhibit 1**, p. 111.

pleadings, orders, and other papers or exhibits of every kind filed with the state court are being filed with this Notice of Removal.

## Complete Diversity Exists

8. According to Plaintiffs' Amended Complaint, Plaintiffs own a home located at 1355 Spring Lake Drive, Orlando, Florida 32804 ("Subject Property"), which is insured by Policy No. HS219062401 that was issued by Indian Harbor, to Plaintiffs, for the Policy period of July 3, 2020, through July 3, 2021.[2]

9. Plaintiffs are citizens of the state of Florida as explained below. Plaintiffs are domiciled at the Subject Property in Florida and are thus Florida citizens.[3]

    a. Facts establishing the Florida citizenship of Plaintiff, Ryan Parsons (with a date of birth of May 28, 19XX), are as follows:

- Ryan Parsons has a Driver's License that was issued in Florida that lists his address as 1355 Spring Lake Drive, Orlando, Florida 32804.

- Ryan Parsons resides at 1355 Spring Lake Drive, Orlando, Florida 32804, with his wife, Sondra Parsons.

- Ryan Parsons receives mail at 1355 Spring Lake Drive, Orlando, Florida 32804.

---

[2] *See* **Composite Exhibit 1**, Amended Complaint (p. 21, ¶2, ¶5), and the subject policy that is attached as Exhibit A to the Amended Complaint (p. 25-63).
[3] *See* **Composite Exhibit 2,** Orange County Property Appraisal Summary and Quit Claim Deed.

- Ryan Parsons has registered at least one motor vehicle in the State of Florida, with the title that lists his address as 1355 Spring Lake Drive, Orlando, Florida 32804.

- Ryan Parsons has a hunting and fishing license that lists his address as 1355 Spring Lake Drive, Orlando, Florida 32804.

- Ryan Parsons is registered to vote in the state of Florida.

b. Facts establishing the Florida citizenship of Plaintiff, Sondra (Mowell) Parsons (with a date of birth of March 3, 19XX), are as follows:

- The Orange County Property Appraiser's website reflects that Sondra (Mowell) Parsons is an owner of the Subject Property, 1355 Spring Lake Drive, Orlando, Florida 32804, and includes a Homestead Exemption.

- The recorded deed for the Subject Property lists Sondra (Mowell) Parsons as an owner of the Subject Property, 1355 Spring Lake Drive, Orlando, Florida 32804.

- Sondra Parsons resides at 1355 Spring Lake Drive, Orlando, Florida 32804, with her husband, Ryan Parsons.

- Sondra Parsons is registered to vote in Florida.

- Sondra Parsons receives mail at 1355 Spring Lake Drive, Orlando, Florida 32804.

- Sondra Parsons has a Driver's License that was issued in Florida

4

that lists her address as 1355 Spring Lake Drive, Orlando, Florida 32804.

- Sondra Parsons has registered at least one motor vehicle in the State of Florida, with the title that lists her address as 1355 Spring Lake Drive, Orlando, Florida 32804.

10. Indian Harbor is incorporated in the State of Delaware with its principal place of business in the State of Connecticut, and, thus, is a citizen of those states. Indian Harbor is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, Indian Harbor has been a foreign corporation conducting business in Florida.[4]

11. Accordingly, complete diversity exists between Plaintiffs and Indian Harbor in accordance with 28 U.S.C. § 1332.

**Amount In Controversy Exceeds $75,000.00**

12. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, as Plaintiffs' Proof of Loss and Estimate exceeds $75,000.00.[5] Plaintiffs' Amended Complaint alleges a one-count cause of action for breach of contract, alleging that Indian Harbor failed to pay Plaintiffs' first party insurance claim. Plaintiffs allege the amount in controversy totals $481,146.14.

---

[4] *See* **Exhibit 3**, Florida Office of Insurance Regulation Summary.
[5] *See* **Composite Exhibit 4**, Plaintiffs' Sworn Statement In Proof of Loss with a whole loss total of $481,146.14, and estimate prepared by You Name It Consulting.

### Venue

13.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 89(b) and 1441(a) because the United States District Court for the Middle District Of Florida is the Federal Judicial District embracing the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, where the State Action was filed.

14.     Additionally, pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in this Court because it is where the Subject Property is located, where Plaintiffs reside and are domiciled, and where venue for purposes of the State Action is proper pursuant to Fla. Stat. §§ 47.051 and 47.011.

### Compliance With 28 U.S.C. § 1446

15.     Pursuant to the provisions of 28 U.S.C. § 1446, and the Local Rules for the United States District Court for the Middle District of Florida, Indian Harbor files copies of all process, pleadings, orders, and other papers or exhibits of every kind,[6] including depositions, on file in the state court,[7] as of the date of this filing, specifically including:

   a.   Civil Cover Sheet;

   b.   General Standing Case Management Plan/Order;

   c.   Plaintiffs' Complaint;

   d.   Plaintiffs' First Request For Admissions;

   e.   Plaintiffs' First Request To Produce;

---

[6] *See* **Composite Exhibit 1**.
[7] *See* **Exhibit 5**, Orange County State Court Docket.

 f. Plaintiffs' Notice and First Set of Interrogatories;

 g. Summons;

 h. Plaintiffs' Amended Complaint;

 i. Plaintiffs' Amended Notice and First Set of Interrogatories;

 j. Plaintiffs' Amended First Request For Admissions;

 k. Plaintiffs' Amended First Request To Produce;

 l. (Amended) General Standing Case Management Plan/Order;

 m. Amended Summons;

 n. Plaintiffs' Notice of Appearance and Email Designation; and

 o. Plaintiffs' Notice of Filing and Notice of Service of Process.

16. Pursuant to 28 U.S.C. § 1446(d), Indian Harbor filed this Notice of Removal with this Court and is serving a copy of this Notice of Removal upon counsel for all parties. A true copy of this Notice of Removal is also being filed by Indian Harbor with the state court where this action was pending and written notice will be given to all adverse parties "promptly after" the filing in this Court of this Notice of Removal, in compliance with 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant, INDIAN HARBOR INSURANCE COMPANY, requests that respectfully requests that this Court (1) remove this action from the Circuit Court; (2) exercise jurisdiction over this matter as provided by law; and (3) place the action on the docket of this Court for further proceedings, the same as if this action had originally been executed in this Court.

Respectfully submitted this 8th day of February, 2024.

        BUTLER WEIHMULLER KATZ CRAIG LLP

*/s Justin W. Sblano*
_____
CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.: 0044808
cramey@butler.legal
JUSTIN W. SBLANO, ESQ.
Florida Bar No.: 1008138
jsblano@butler.legal
Secondary:    hkerr@butler.legal
                ebarker@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
Attorneys for Defendant, INDIAN HARBOR INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that on February 8, 2024, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system. A copy of the foregoing was forwarded to the following this same date:

David William Davich, Esq.
Cohen Law Group
350 North Lake Destiny Road
Maitland, Florida 32751
Phone: (407) 478-4878
Fax: (407) 478-0204
wdavich@itsaboutjustice.law
Secondary: nikia@itsaboutjustice.law
Attorneys for Plaintiffs

*/s Justin W. Sblano*
_____
JUSTIN W. SBLANO, ESQ.