**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RYAN PARSONS and SONDRA PARSONS,

      Plaintiffs,

v.                                 Case No. 6:24-cv-279-JA-LHP

INDIAN HARBOR INSURANCE COMPANY,

      Defendant.

---

**ORDER OF DISMISSAL**

The Court has been advised by the parties that the above-styled action has been completely settled. (Joint Notice of Settlement, Doc. 15).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 22, 2024.

                                              JOHN ANTOON II
                                           United States District Judge

Copies furnished to:
Counsel of Record