# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RYAN PARSONS and SONDRA PARSONS,

    Plaintiffs,

v.                                                  Case No. 6:24-cv-279-JA-LHP

INDIAN HARBOR INSURANCE COMPANY,

    Defendant.

_____

## ORDER

As requested by the parties in their Joint Stipulation (Doc. 18), it is **ORDERED** that this case is **DISMISSED with prejudice**.

**DONE** and **ORDERED** in Orlando, Florida, on May 30th, 2024.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record